NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3043

BILLYE D. DOWNING,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DA0831090342-I-1.

ON MOTION

## O R D E R

Billye D. Downing moves for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Downing's informal brief (form enclosed) is due within 30 days of the date of filing of this order.

FOR THE COURT

FEB 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Billye D. Downing (informal brief form enclosed)
Hillary A. Stern, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2010

JAN HORBALY
CLERK